## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

POWWOW LLC D/B/A PASS
CHARTERS,

        Plaintiff,

v.

VIA AIRLINES, INC, F/K/A CHARTER
AIR TRANSPORT, INC,

        Defendant.

Case No. 17-cv-11142

Hon. Arthur J. Tarnow

---

**CLARK HILL PLC**
Attorneys for Plaintiff

Jonathan M. Martone (P73035)
151 S. Old Woodward Ave., Suite 200
Birmingham, MI  48009
(248) 642-9692
jmartone@clarkhill.com

Thomas M. Dixon (P41870)
500 Woodward Ave, Suite 3500
Detroit, MI 48226
(313) 965-8300
tdixon@clarkhill.com

**DOERR LAW FIRM PLLC**
Joseph A. Doerr (P66109)
Attorney for Defendant
838 W. Long Lake Road, Suite 100
Bloomfield Hills, MI 48302
(248) 212-0167
joseph@doerrfirm.com

**PEARSON BITMAN LLP**
Ronnie J. Bitman (FL Bar No.:0744891)
Attorney for Defendant
485 N. Keller Road, Suite 401
Maitland, FL 32751
(407) 647-0090
rbitman@pearsonbitman.com

---

## PLAINTIFF POWWOW, LLC D/B/A PASS CHARTER'S
## EXPERT WITNESS LIST

    NOW COMES Plaintiff POWWOW, LLC d/b/a Pass Charters ("Pass

Charters"), by and through its counsel, Clark Hill PLC, and discloses the following

persons from whom Pass Charters may elicit expert opinions:

1.      Representatives of the Sargent Consulting Group, LLC, including but not limited to J. Bradley Sargent, 9550 Bormet Drive, Suite 204, Mokena, IL 60448, (708) 390-7400.

2.      Any expert witness Defendant identifies.

3.      Any expert witness needed for rebuttal purposes.

4.      Fact discovery is ongoing and the cutoff in this case is not until April 30, 2018.  Accordingly, Plaintiff Pass Charters reserves the right to add any and all witnesses, including experts, of which he may become aware during the course of discovery.

Respectfully submitted,

/s/Thomas M. Dixon
Thomas M. Dixon (P41870)
Clark Hill PLC
500 Woodward Ave., Ste. 3500
Detroit, MI  48226
(313) 965-8300
tdixon@clarkhill.com
*Attorneys for Plaintiff*

Date:  December 15, 2017

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 15, 2017, I electronically filed with the Clerk of Court the foregoing document using the CM/ECF system which will send notification of such filing(s) to all counsel of record.

Respectfully submitted,

Date: December 15,2017

/s/Thomas M. Dixon
Thomas M. Dixon (P41870)
Clark Hill PLC
500 Woodward Ave., Ste. 3500
Detroit, MI 48226
(313) 965-8300
tdixon@clarkhill.com
*Attorneys for Plaintiff*