# UNITED STATES DISTRICT COURT
# IN THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

POWWOW, LLC, D/B/A PASS
CHARTERS, a Michigan Limited
Liability Company,

       Plaintiff,

v.

VIA AIRLINES, INC, f/k/a CHARTER
AIR TRANSPORT, INC., a Delaware
Corporation,

       Defendant.

Case No. 17-11142

Judge Arthur J. Tarnow

Magistrate Judge Elizabeth A. Stafford

---

CLARK HILL, PLC
Thomas M. Dixon (P41870)
Jonathan M. Martone (P73035)
151 S. Old Woodward Ave., Ste. 200
Birmingham, MI 48009
(248) 642-9692
*tdixon@clarkhill.com*
*jmartone@clarkhill.com*
Attorneys for Plaintiff

DOERR LAW FIRM PLLC
Joseph A. Doerr (P66109)
838 W. Long Lake Road, Suite 100
Bloomfield Hills, MI 48302
(248) 212-0167
*joseph@doerrfirm.com*

PEARSON BITMAN LLP
Ronnie J. Bitman
Florida Bar No. 0744891
485 N. Keller Rd., Suite 401
Maitland, FL 32751
(407) 647-0090
*rbitman@pearsonbitman.com*
Attorneys for Defendant

---

## **VIA AIRLINES, INC.'S WITNESS LIST**

COMES NOW, the Defendant, VIA AIRLINES, INC. F/K/A CHARTER

AIR TRANSPORT ("Via"), by and through its undersigned counsel, and discloses the names of all witnesses, lay and expert:

1. Bill Larkin
2. Sue Pavlak
3. Amos Vizer
4. Matthew Macri
5. Katie Collins
6. Ryan McCallum
7. Crystal Jackson
8. Justin Kucera
9. Melissa Williams
10. Donna Cecil
11. Charlie Larkin
12. Current and former employees and representatives of POWWOW, LLC d/b/a Pass Charters.
13. Current and former employees and representatives of Via Airlines, Inc, f/k/a Charter Air Transport, Inc.
14. Current and former employees and representatives of Federal Aviation Administration (FAA).
15. Any and all lay witnesses listed by the Plaintiff.

16. All records custodians necessary to authenticate documents.

17. Any and all rebuttal witnesses.

18. Representatives of Fishkind & Associates, including but not limited to Henry H. Fishkind, Expert Witness, 12051 Corporate Blvd, Orlando, FL 32817.

19. Any and all expert witnesses listed by the Plaintiff.

20. Any and all expert witnesses needed for rebuttal purposes.

Fact discovery is ongoing and the cutoff in this case is not until April 30, 2018. Accordingly, Defendant reserves the right to amend and/or supplement this Witness List upon proper notice to the Parties. Defendant further reserves the right to object to any and all witnesses listed by the Plaintiff, and/or to adopt any witnesses listed by any other party. Defendant additionally reserves the right to call any and all supplementary witnesses, including expert witnesses, in rebuttal and/or for impeachment purposes. Defendant's expert witness is subject to change based on the expert report of Plaintiff's expert and/or related disclosures.

RESPECTFULLY submitted on this day, December 29, 2017.

PEARSON BITMAN LLP

/s/ Ronnie J. Bitman
Ronnie J. Bitman, Esquire
Florida Bar No. 0744891
485 N. Keller Road, Suite 401
Maitland, Florida 32751
(407) 647-0090
*rbitman@pearsonbitman.com*

-and-

DOERR LAW FIRM PLLC
Joseph A. Doerr (P66109)
838 W. Long Lake Road, Suite 100
Bloomfield Hills, MI 48302
(248) 212-0167
*joseph@doerrfirm.com*
Attorneys for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 29, 2017, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following: Thomas M. Dixon (P41870), Jonathan M. Martone (P73035).

PEARSON BITMAN LLP

/s/ Ronnie J. Bitman
Ronnie J. Bitman, Esquire
Florida Bar No. 0744891
485 N. Keller Road, Suite 401
Maitland, Florida 32751
(407) 647-0090
*rbitman@pearsonbitman.com*

-and-

DOERR LAW FIRM PLLC
Joseph A. Doerr (P66109)
838 W. Long Lake Road, Suite 100
Bloomfield Hills, MI 48302
(248) 212-0167
*joseph@doerrfirm.com*
Attorneys for Defendant