UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

POWWOW LLC D/B/A PASS
CHARTERS,                                              Case No. 17-cv-11142

       Plaintiff,                                   Hon. Arthur J. Tarnow

v.

VIA AIRLINES, INC, F/K/A CHARTER
AIR TRANSPORT, INC,

       Defendant.

| **CLARK HILL PLC** | **MILLER CANFIELD PADDOCK AND STONE, PLLC** |
|---|---|
| Attorneys for Plaintiff | Attorney for Defendant |
| Jonathan M. Martone (P73035) | Philip E. Hamilton (P68814) |
| 151 S. Old Woodward Ave., Suite 200 | 277 S. Rose Street, Suite 5000 |
| Birmingham, MI 48009 | Kalamazoo, MI 49007 |
| (248) 642-9692 | (269) 381-7030 |
| jmartone@clarkhill.com | Hamilton@millercanfield.com |
| | |
| Thomas M. Dixon (P41870) | **FOUR RIVERS LAW FIRM** |
| 500 Woodward Ave, Suite 3500 | Joseph F. Sourthron (FL Bar No.:___) |
| Detroit, MI 48226 | Attorney for Defendant |
| (313) 965-8300 | PO Box 320534 |
| tdixon@clarkhill.com | Tampa, FL 33679 |
| | (813) 773-5105 |
| | joe@fourriverslaw.com |

**PLAINTIFF POWWOW, LLC D/B/A PASS
CHARTER'S AMENDED-WITNESS LIST**

    NOW COMES Plaintiff POWWOW, LLC d/b/a Pass Charters ("Pass

Charters"), by and through its counsel, Clark Hill PLC, and for its Amended

Witness List states as follows:

1. Bill Larkin, c/o undersigned counsel.

2. Sue Pavlak, c/o undersigned counsel.

3. Amos "Ami" Vizer, c/o Defendant's counsel.

4. Matthew Macri, c/o Mountain Air Cargo Inc, 5930 Balsam Road, Denver, North Carolina 28037.

5. Current and former employees and representatives of Via Airlines, Inc, f/k/a Charter Air Transport, Inc, including but not limited to, Katie Collins, Jeffrey Seelig, Kevin Ketterer, Kelly Carbone, Jessee Williams, and Schuyler Boulware, c/o Defendant's counsel.

6. Current and former employees and representatives of POWWOW, LLC d/b/a Pass Charters, including but not limited to, Crystal Jackson and Katie Boman, c/o undersigned counsel.

7. Current and former employees and representatives of Federal Aviation Administration (FAA) with knowledge regarding Via Airlines, Inc, f/k/a Charter Air Transport, Inc's operation and performance as a charter airline, including but not limited to, those with knowledge regarding Via Airlines' applications for Federal Aviation Regulations (FAR) Part 121 and 135 certifications, the consideration and subsequent issuance of FAR Part 121 and 135 certifications, and Via Airlines' performance under Essential Air Service (EAS) subsidized programs.

8. Current and former employees and representatives of the National Collegiate Athletic Association (NCAA) with knowledge regarding Via Airlines' and Pass Charters' respective performance in the operation of charter flights for NCAA student-athletes.

9. Current and former employees and representatives of the University of Notre Dame with knowledge regarding Via Airlines' and Pass Charters' respective performance in the operation of charter flights for NCAA student-athletes.

10. Current and former employees and representatives of the University of Wisconsin with knowledge regarding Via Airlines' and Pass Charters' respective performance in the operation of charter flights for NCAA student-athletes.

11. Current and former employees and representatives of the Marquette University with knowledge regarding Via Airlines' and Pass Charters' respective performance in the operation of charter flights for NCAA student-athletes.

12. Current and former employees and representatives of the Vanderbilt University with knowledge regarding Via Airlines' and Pass Charters' respective performance in the operation of charter flights for NCAA student-athletes.

13. Current and former employees and representatives of the University of Arkansas with knowledge regarding Via Airlines' and Pass Charters' respective

performance in the operation of charter flights for NCAA student-athletes.

14. Current and former employees and representatives of the St. John's University with knowledge regarding Via Airlines' and Pass Charters' respective performance in the operation of charter flights for NCAA student-athletes.

15. Current and former employees and representatives of the Butler University with knowledge regarding Via Airlines' and Pass Charters' respective performance in the operation of charter flights for NCAA student-athletes.

16. Current and former employees and representatives of the Temple University with knowledge regarding Via Airlines' and Pass Charters' respective performance in the operation of charter flights for NCAA student-athletes.

17. Current and former employees and representatives of the DePaul University with knowledge regarding Via Airlines' and Pass Charters' respective performance in the operation of charter flights for NCAA student-athletes.

18. Current and former employees and representatives of Greenbrier Valley Airport with knowledge regarding Via Airlines' performance under Essential Air Service (EAS) subsidized programs, including but not limited to, Stephen Snyder.

19. Current and former employees and representatives of Shorts Travel Management with knowledge regarding Via Airlines' and Pass Charters' respective performance in the operation of charter flights for NCAA student-

athletes, including but not limited to, K. Frantzke, R. Dohmen, and K. Tophman.

20. Current and former employees and representatives of Anthony Travel with knowledge regarding Via Airlines' and Pass Charters' respective performance in the operation of charter flights for NCAA student-athletes, including but not limited to, M. Williams.

21. Current and former employees and representatives of World Atlantic Airlines with knowledge regarding Pass Charters' chartering of World Atlantic airplanes.

22. Current and former charter flight brokers with knowledge regarding Pass Charters' chartering of commercial flights, including but not limited to, K. Marchand of Airplanning.com.

23. Any and all witnesses, including experts, named by any other party in this Action.

24. All records custodians necessary to authenticate documents.

25. Any and all rebuttal witnesses.

26. Any and all expert witnesses named in accordance with applicable court rules and Scheduling Order of the Court.

27. Fact discovery is ongoing and the cutoff in this case is not until October 31, 2018. Accordingly, Plaintiff Pass Charters reserves the right to add any and all witnesses, including experts, which it may become aware of during the

course of discovery.

Respectfully submitted,

/s/Jonathan M. Martone
Jonathan M. Martone (P73035)
Clark Hill PLC
151 S. Old Woodward Ave, Suite 200
Birmingham, MI 48009
(248) 988-1823
jmartone@clarkhill.com
*Attorneys for Plaintiff*

Date:  October 8, 2018

## CERTIFICATE OF SERVICE

I hereby certify that on October 8, 2018 I electronically filed with the Clerk of Court the foregoing document using the CM/ECF system which will send notification of such filing(s) to all counsel of record.

Respectfully submitted,

Date:  October 8, 2018

/s/Jonathan M. Martone
Jonathan M. Martone (P73035)
Clark Hill PLC
151 S. Old Woodward Ave, Suite 200
Birmingham, MI 48009
(248) 988-1823
jmartone@clarkhill.com
*Attorneys for Plaintiff*

220367598.1 57100/312389