UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

POWWOW LLC D/B/A PASS
CHARTERS,

          Plaintiff,

v.

Case No. 17-cv-11142
Honorable Linda V. Parker[1]

VIA AIRLINES, INC, F/K/A CHARTER
AIR TRANSPORT, INC,

          Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

On April 11, 2017, Plaintiff Powwow, LLC filed this action against Defendant Via Airlines, Inc., f/k/a Charter Air Transport, Inc ("Via Airlines").  Via Airlines subsequently filed a Chapter 11 bankruptcy petition in the United States Bankruptcy Court for the Middle District of Florida, Case No. 6:19-bk-06589-KSJ.  In those proceedings, Powwow and Via Airlines reached a compromise which included an agreement that the above-captioned lawsuit would be dismissed with prejudice.  This was incorporated in the bankruptcy plan which the bankruptcy court approved in an order entered July 20, 2020.  *See* Order, In re Via Airlines, Inc., Case No. 6:19-bk-06589-KSJ (M.D. Fla. July 20, 2020), ECF No. 252.

Accordingly,

**IT IS HEREBY ORDERED** that this matter is dismissed with prejudice and without costs or attorney's fees to any party.  This order closes the case.

                                          s/ Linda V. Parker
                                          LINDA V. PARKER
                                          U.S. DISTRICT JUDGE

Dated: February 18, 2022

---

[1] The matter was reassigned to the undersigned on February 16, 2020 pursuant to Administrative Order 22-AO-007.